# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARK JORDAN,

               Petitioner,

v.

ANDRE MATEVOUSIAN,

               Respondent.

CASE NO. 1:15-cv-01895-LJO-SKO  HC

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING ORDER
AS MOOT

(Doc. 15)

---

       Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On  February 8, 2016, Petitioner mailed a motion for a temporary restraining order to prohibit the Bureau of Prisons from conducting a rehearing of the disciplinary action that is the subject of the habeas petition.  The Bureau of Prisons conducted the disciplinary rehearing on February 9, 2016.  The Court received and filed the motion on February 11, 2016, and on February 16, 2016, issued a minute order directing Respondent to respond to the motion within 15 days.  In a status report filed February 22, 2016, Petitioner reports that outcome of the most recent rehearing does not affect the resolution of his pending petition.

       Because the disciplinary hearing that the motion sought to prevent has already occurred, no purpose remains for the issuance of the temporary restraining order requested in the February 8, 2016, motion.  Accordingly, the Court hereby DENIES the motion for temporary restraining order (Doc. 15) as moot.  The February 16, 2016, order directing Respondent to respond to the motion is hereby VACATED.

IT IS SO ORDERED.

   Dated:   **February 25, 2016**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE