# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JORDAN,<br><br>　　　　　Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN, Warden,<br><br>　　　　　Respondent. | CASE NO. 1:15-cv-01895-LJO-SKO  HC<br><br>ORDER DIRECTING RESPONDENT<br>TO FILE SUPPLEMENTAL INFORMATION<br><br>(Doc. 26) |

　　　Petitioner Mark Jordan moves for reconsideration of this Court's denial of his second motion for an extension of time to submit a response to Respondent's motion to dismiss.  Petitioner represents that on July 7, 2016, he provided his original response to the USP-Atwater mail room for mailing with this Court but that either the prison mailroom or the U.S. Postal Service failed to fulfill its responsibilities, resulting in the document not being filed.  Petitioner further represents that, at the same time, he mailed a copy of the response to Respondent's attorney.  Petitioner has not, however, provided any documentation from the USP-Atwater mailroom confirming their receipt of these items of mail.

　　　Accordingly, the court hereby DIRECTS Respondent to SUPPLEMENT the record in this matter within seven (7) days of this order with documentation of the date on which it received the copy of Petitioner's response, which was mailed to Respondent on July 7, 2016, as well as any documentation of the USP Atwater mailroom confirming its receipt of Petitioner's legal mail on July 7, 2016.

IT IS SO ORDERED.

Dated:   **August 21, 2016**　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1